UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Case No. |
| ) | 1:21-cr-00116-JAW |
| RICHARD HINKLEY  ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Sexual Exploitation of a Child)

On dates both known and unknown to the Grand Jury, between about May 20, 2009 and about April 9, 2010, in the District of Maine and elsewhere, defendant

### RICHARD HINKLEY

knowingly employed, used, persuaded, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct. The visual depictions were of Minor A. Those visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, specifically a computer or computers with integrated camera, which were manufactured outside the United States and outside the state or states where they were so used. The visual depictions were also actually transmitted using a means of interstate commerce and in and affecting interstate commerce.

The defendant thus violated Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT TWO
### (Transportation of Child Pornography)

Between on about May 20, 2009 and about April 9, 2010, in the District of Maine and elsewhere, defendant

### RICHARD HINKLEY

knowingly transported and attempted to transport child pornography as defined in Title 18, United States Code, Section 2256(8)(A), using any means or facility of interstate and foreign commerce and in or affecting interstate and foreign commerce by any means, including by computer.  Specifically, the defendant transmitted an image or images of child pornography from inside the State of Maine to a computer server and a computer outside Maine using the internet, by sending electronic messages with attached image files containing said images.

The defendant thus violated Title 18, United States Code, Sections 2252A(a)(1), 2252A(b)(1), and 2256(8)(A).

## COUNT THREE
### (Possession of Child Pornography)

From about May 20, 2009 to about May 12, 2020, in the District of Maine, the defendant

### RICHARD HINKLEY

knowingly possessed child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and were produced using materials that had moved in interstate and foreign commerce.   Specifically, the defendant possessed images of child pornography that had been transmitted by computer using the internet and images that had been produced using

computer equipment that had previously been in interstate and foreign commerce. These images were possessed by the defendant in his computer and associated drives. It is further alleged that one or more images of the child pornography possessed by the defendant involved a prepubescent minor or a minor who had not attained 12 years of age.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2256(8)(A) and 2252A(b)(2).

## FORFEITURE ALLEGATION

Upon conviction of any offense alleged in Count One, Two, or Three of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, (1) any visual depiction or other matter containing such visual depiction or image of child pornography that was produced, transported, or possessed as alleged in Count One, Two, or Three of this Indictment and (2) any property, real or personal, used or intended to be used to commit or to promote the commission of an offense alleged in Count One, Two, or Three of this Indictment, including but not limited to:

   a. One Dell Inspirion 1545 laptop, serial number J7J8CH1;
   b. One Seagate HDD, serial number 5VC2WS63;
   c. One HGST HDD, serial number 84K1T0ZA;
   d. One Hewlett-Packard Laptop, serial number 5CD6417GD8; and
   e. One Toshiba HDD, serial number 960VTFS7TPZDHDKCB16H6A01T

A TRUE BILL, this 14th day of July 2021.

Signature Redacted – Original on file with the Clerk's Office

FOREPERSON

Joel B. Casey
ASSISTANT UNITED STATES ATTORNEY

3