1:21-cr-00116-JAW

## Synopsis

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2021 JUL 14 P 1:37
DEPUTY CLERK

| | |
|---|---|
| **Name:** | Richard Hinkley |
| **Address:** (City & State Only) | Kingfield, Maine |
| **Year of Birth and Age:** | 1964, 56 |
| **Violations:** | **Count 1:** 18 U.S.C. § 2251(a); Production of Child Pornography<br>**Count 2:** 18 U.S.C. § 2252A(a)(1); Transportation of Child Pornography<br>**Count 3:** 18 U.S.C. § 2252A(a)(5)(B); Possession of Child Pornography |
| **Penalties:** | **Count 1:** Not less than fifteen (15) years and not more than thirty (30) years imprisonment, not more than $250,000, or both, 18 U.S.C. § 2251(e); Class B Felony, 18 U.S.C. § 3559(a)(2)<br>**Count 2:** Not less than 5 and not more than 20 years of imprisonment, a fine of not more than $250,000, or a fine and prison. 18 U.S.C. § 2252A(b)(1); Class C felony, 18 U.S.C. § 3559(a)(3).<br>**Count 3:** If any image of child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, not more than 20 years imprisonment, a fine of not more than $250,000, or a fine and prison; if the offense did not involve prepubescent minors or a minor who had not attained the age of 12, not more than 10 years of imprisonment, a fine of not more than $250,000, or a fine and prison. 18 U.S.C. § 2252A(b)(2); This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | **Counts 1-3:** Not less than five (5) years, not more than Life, 18 U.S.C § 3583(k) |

| | |
|---|---|
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1-3:** Not more than three years on Counts 1 through 4 and not more than 2 years on Counts 5 through 41; 18 U.S.C. § 3583(e)(3); but, for Counts 1 through 41, if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. (18 U.S.C. § 3583(k)). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1-3:** Any term of years or life less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | James S. Nixon, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | HSI, S/A Chase Ossinger |
| **Detention Status:** | To be noticed through counsel |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **Counties:** | Franklin |
| **AUSA:** | Ruge |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | No |
| **Assessments:** | 18 U.S.C. § 3013: $100 per count, 18 U.S.C. § 3013, plus $5,000 per count, 18 U.S.C. § 3014; up to $17,000 on Count 3, 18 U.S.C. § 2259A(a)(1) |